UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES | CRIMINAL ACTION |
| VERSUS | NO. 04-263 |
| WALTER COCHRAN | SECTION "N" |

## ORDER

Before the Court is the Motion for Reconsideration (Rec. Doc. 178) of the Court's denial of Defendant's Motion to Reduce Sentence, which was filed pursuant to 18 U.S.C. § 3582(c)(2). After considering the memoranda and the applicable law, as well as the original pre-sentence investigation report, the Court rules as set forth herein.

### I. BACKGROUND

The Defendant was sentenced on June 28, 2005, to 168 months in the custody of the Bureau of Prisons, for distribution of cocaine base. The Probation Office calculated Cochran's offense level as a "31" and his criminal history category as a "V," which under the Guidelines applicable at the time yielded a sentencing range of 168 to 210 months. In 2008, after the sentencing ranges for crack cocaine offenses were revised, Cochran's sentence was reviewed by the crack offenses screening team of the Eastern District of Louisiana. The team recommended a two-level reduction in the offense level, yielding a new sentencing range of 140 to 175 months. The U.S. Attorney's Office takes no position on Cochran's request for a

reduced sentence. On August 18, 2008, the Court denied Cochran any reduction.

## I. ANALYSIS

Section 3582(c)(2) of Title 18 of the U.S. Code allows the Court to reduce a defendant's sentence when the sentencing range applicable to his case has subsequently been lowered by the Sentencing Commission, "after considering the factors set forth in [18 U.S.C. §] 3553(a) to the extent that they are applicable, if such a reduction is consistent with applicable policy statements issued by the Sentencing Commission." 18 U.S.C § 3582(c)(2). Reviewing Cochran's pre-sentence investigation report, the Court notes that Cochran had an extensive criminal history, with four convictions, and had spent much of his adult life in jail. The Court also notes that he was strongly addicted to cocaine and other drugs and was involved in the conspiracy to distribute as a way of paying off his drug debts. Additionally, the Defendant has attached exhibits showing that he has in good faith completed various self-help programs while in prison and has earned his GED. Accordingly, and weighing the § 3553(a) factors, the Court will grant the motion to reconsider and reduce Cochran's sentence, though not to the extent requested.

## III. CONCLUSION

The motion is **GRANTED** and, pursuant to Rule 3582(c)(2), the sentence of the Defendant, Walter Cochran, is **REDUCED** by twelve months, from 168 months to 156 months. All other provisions of the judgment of June 28, 2005, remain in effect.

New Orleans, Louisiana, this 6th day of July, 2009.

**KURT D. ENGELHARDT**
**United States District Judge**